# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Criminal Case No. 06-MJ-00183-DLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAIME L. WOOD,

    Defendant.

## ORDER

This matter having come on for consideration upon the Government's Motion To Dismiss, the Court, upon due consideration, hereby Orders that the above-referenced criminal complaint is hereby dismissed, **WITHOUT** prejudice.

**SO ORDERED** this 22nd day of December, 2006.

    BY THE COURT:

    DAVID L. WEST
    United States Magistrate Judge
    District of Colorado

cc: Wallace H. Kleindienst, AUSA